FILED

2023 Aug-14  PM 05:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

Northern District of Alabama

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. |
| Juan Carlos PORTILLO, also known as Jose Alberto Zamora Zamora, Jose Alberto Lopez, Jose Alberto Zamora-Penate, Juan Alberto Zamora-Zamora, and Jose Adalberto Lopez-Lopez | ) ) ) ) | MAG 23-469 |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___August 11, 2023___ in the county of ___Shelby___ in the
___Northern___ District of ___Alabama___ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

CHASE R
KELLEY

Digitally signed by CHASE
R KELLEY
DN: cn=CHASE R
KELLEY, o=U.S.
Government, ou=People,
email=Chase.R.Kelley@ic
e.dhs.gov, c=US
Date:
2023-08-14T15:40:27-050
0

*Complainant's signature*

Chase Kelley, Deportation Officer

*Printed name and title*

Sworn to before me and signed in my presence.

Date: ___08/14/2023___

*Judge's signature*

City and state: ___Birmingham, AL___

Gray M. Borden, US Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Chase Kelley, being duly first sworn, depose and say:

1.      I am a duly sworn Deportation Officer of the Department of Homeland Security  (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) assigned to the New Orleans, Louisiana, Field Office.  I have been employed as a Deportation Officer with ICE/ERO since December of 2021.  Before that time, I was  employed as a Border Patrol Agent with the United States Border Patrol (USBP) for over ten years.  With ICE/ERO and USBP, one of my principal assignments has been to conduct criminal investigations of persons  involved in violations of the United States Code relating to Title 8 – Aliens and Nationality.  As a Border Patrol Agent, I attended and graduated from the U.S. Border Patrol Academy, which was conducted at the Federal Law Enforcement Training Center (FLETC) in Artesia, New Mexico, from September 2011 to December 2011.  As a Deportation Officer, I attended and graduated from the ICE Academy Deportation Officer Training Program #2203, which was conducted at FLETC in Glynco, Georgia, from February 8, 2022, to March 21, 2022.  I also attended and graduated from the ICE Academy Deportation and Removal Operations Field Operations Training Program #2213 which was conducted at FLETC in Charleston, South Carolina, from September 11, 2022, to September 24, 2022.  At all institutions

1

mentioned, I received specialized training regarding the investigations of Federal violations of the United States Code.

2.      I submit this affidavit in support of a criminal complaint based on information known to me personally and information I have learned from other members of law enforcement and/or lay witnesses.  This affidavit does not contain all the information that I know regarding this matter.

3.      Agents/Officers of Homeland Security Investigations (HSI) and Enforcement and Removal Operations (ERO) conducted a joint investigation regarding Juan Carlos PORTILLO also known as: Jose Alberto ZAMORA ZAMORA, Jose Alberto LOPEZ, Jose Alberto ZAMORA-Penate, Juan Alberto ZAMORA-Zamora, and Jose Adalberto LOPEZ-Lopez.  On or about July 5, 2023, ERO Birmingham received a tip from ERO San Salvador that PORTILLO was allegedly residing with one of his sisters, Sandra ZAMORA at 1843 Highway 30, Lot 14 Columbiana, AL 35051.  PORTILLO is currently wanted in El Salvador and has a total of six arrest warrants for aggravated kidnapping, attempted aggravated homicide, illicit association, aggravated extortion, terrorist organization, deprivation of liberty and aggravated homicide.  ERO San Salvador has stated that PORTILLO is the leader of one of the most violent cliques of the MS-13 gang in El Salvador.  INTERPOL has also issued a Red Notice on PORTILLO under control #A-2500/3-2023. PORTILLO has one prior immigration arrest by the United States Border

2

Patrol (USBP) on or about December 7, 2022.  The USBP processed

PORTILLO as an expedited removal.  On or about December 23, 2022,

PORTILLO departed the United States to El Salvador via Alexandria,

Louisiana.  A source of the Salvadoran National Police (PNC) provided the

information initially.  The source resides in the same city where PORTILLO

was born and initially met with the PNC intelligence unit assigned to the

Chalatenango Precinct (PORTILLO's place of birth).  The source provided a

picture of a possible package related to the PORTILLO's sister.  The picture

that was provided shows the name "Sandra Zamora 1843 Highway 30 Lot 14

35051 Columbiana, AL".  ERO San Salvador also confirmed that Sandra

ZAMORA lists 1843 Highway 30 lot 14 Columbiana, AL, as her address on

her El Salvadoran ID application and her Salvadoran passport.

4.     On or about August 11, 2023, ICE ERO received information

from Seth Joseph of Seth Joseph Homebuilders that PORTILLO was at 2246

Co Rd 39 in Chelsea, Alabama, painting a house for Seth Joseph

Homebuilders as a subcontractor.  Seth Joseph gave ICE verbal consent to

search the entire residence for PORTILLO.  That same day, ICE positively

identified PORTILLO inside the residence at 2246 Co Rd 39 in Chelsea based

off his prior photographs and placed him in ICE custody.  PORTILLO was

transported to the ICE Birmingham office for processing.  Upon arrival,

PORTILLO was fingerprinted, and checks confirmed him as being

3

PORTILLO and a native and citizen of El Salvador.  Records positively identified PORTILLO with an Alien registration file that showed PORTILLO was ordered removed, by a designated official, on or about December 8, 2022, and subsequently removed from the United States to El Salvador on or about December 23, 2022. The fingerprint checks also positively associated PORTILLO with an FBI number that reflected PORTILLO's previous immigration arrests.

5.      Immigration Form I-296, Notice to Alien Ordered Removed/Departure Verification, is a standard form utilized by the Department of Homeland Security (DHS) to document the physical removal of an unlawfully present alien from the United States to his/her native country.    There is one executed I-296 in Portillo's Alien File.  The I-296 shows the order, signed by the designated immigration official, authorizing any officer or employee of the Immigration and Naturalization Service (now known as Immigration and Customs Enforcement or United States Border Patrol) to physically deport the subject alien from the United States.  The I-296 also contains specific information that the I-296 was executed, recording the port (location), date, and manner of removal by placing the photograph, right index fingerprint, and signature of the alien. The I-296 in PORTILLO's alien file indicates he was removed from the United States to El Salvador on or about December 23, 2022.

6.     PORTILLO's Alien File was reviewed by DHS personnel, and it did not contain any documentation showing that he has applied for or received permission from the Attorney General of the United States, or the Secretary of the Department of Homeland Security, for admission to the United States following his removal on or about December 23, 2022.  Further, there is no evidence in any automated system that an application was made or approved.   Had the defendant made such an application, that fact would be reflected in his official Alien File.

7.     I have no reason to believe that PORTILLO was here in the Northern District of Alabama involuntarily when he was arrested on or about August 11, 2023.

8.     Based on the above facts, your affiant believes that there is probable cause to establish that Juan Carlos Portillo has violated 8 U.S.C. § 1326(a).

CHASE R KELLEY
Digitally signed by CHASE R KELLEY
DN: cn=CHASE R KELLEY, o=U.S.
Government, ou=People,
email=Chase.R.Kelley@ice.dhs.gov, c=US
Date: 2023-08-14T15:40:54-0500

_____
Chase Kelley, Affiant
U.S. Department of Homeland Security
Immigration and Customs Enforcement

Sworn to and subscribed before me this 14ᵗʰ day of August, 2023.

_____
GRAY M. BORDEN
United States Magistrate Judge
Northern District of Alabama

5